No. 108. IDENTIFICATION DEVICES, INC. *v.* UNITED STATES. January 12, 1942. The motion for leave to file an amended petition for appeal to the Court of Appeals for the District of Columbia is denied. *James M. Rulong, pro se.*

No. —, original. EX PARTE GEORGE ACRET. See *post,* p. 825.

No. 245. CUDAHY PACKING Co. *v.* FLEMING, ADMINIS-TRATOR;

No. 529. FLEMING, ADMINISTRATOR, *v.* LOWELL SUN Co.;

No. 622. FLEMING, ADMINISTRATOR, *v.* A. H. BELO COR-PORATION; and

No. 805. CUDAHY PACKING Co. *v.* FLEMING, ADMINIS-TRATOR. January 12, 1942. Thomas W. Holland, present administrator of the Wage and Hour Division, U. S. Department of Labor, substituted as a party herein in the place and stead of Philip B. Fleming.